[No. 46872-3-I.   Division One.   July 23, 2001.]

JAMES LASEE, ET AL., *Appellants*, v. SUDDEN VALLEY COMMUNITY ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 98-2-00469-6, David A. Nichols, J., entered June 2, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47049-3-I.   Division One.   July 23, 2001.]

JOHN S. LINDBLAD, *Appellant*, v. THE BOEING COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-05889-5, Jay V. White, J., entered June 20, 2000. *Affirmed* by unpublished per curiam opinion. Now published at 108 Wn. App. 198.

[Nos. 47129-5-I; 47781-1-I.   Division One.   July 23, 2001.]

JAN BENNETT, *Respondent*, v. GARY HARMON, *Appellant*.

Appeals from judgments of the Superior Court for King County, No. 96-3-02228-8, Sharon S. Armstrong, J., entered November 17, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47175-9-I.   Division One.   July 23, 2001.]

*In the Matter of the Marriage of* BARBARA H. PRITTIE, *Appellant*, and MICHAEL J. PRITTIE, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 89-3-01265-4, Robert H. Alsdorf, J., entered July 25 and August 1, 2000. *Affirmed* by unpublished per curiam opinion.